478 A.2d 99

Commonwealth v. Stewart, Appellant.

Submitted October 7, 1983.   Vincent T. Snyder, for appellant;  Robert B. Lawler, Assistant District Attorney, for appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Petition to withdraw is granted.   Order affirmed.

478 A.2d 99

Commonwealth v. Surdykowski, Appellant.

Submitted January 4, 1984.   John Krisa, for appellant; Michael Krushinski, Assistant District Attorney, for appellee.

Before CAVANAUGH, TAMILIA and HOFFMAN, JJ.

Judgment of sentence affirmed.